Jonathan B. Cook, Appellee, v. Lyman W. Fletcher, James T. Ryan and Walter J. Mechoski, Appellants. Edward P. Lauten, Intervenor.

Gen. No. 45,314.

Heard in the first

division, first district, this court at the October term, 1950. Moses, Bachrach & Kennedy, for appellants; William C. Wines, of counsel; E. S. D. Butterfield and Halfpenny & Hahn, for intervener; Richard F. Hahn, of counsel; Fischer, Bosgraf & Mackenzie, for appellee; Leonard Bosgraf and Kellam Foster, of counsel. Opinion by JUSTICE TUOHY. Not to be published in full. Opinion filed September 14, 1950; released for publication October 5, 1950.